IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RANDAY TOLIVER, #02434148 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-789-SDJ |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Aileen Goldman Durrett, who issued a Report and Recommendation concluding that Petitioner's motion for an extension of time to file a petition for writ of habeas corpus under 28 U.S.C. § 2254 should be dismissed without prejudice for lack of jurisdiction. No objections were timely filed.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Petitioner's motion for an extension of time in which to file a federal habeas petition under 28 U.S.C. § 2254 is **DISMISSED** without prejudice for lack of jurisdiction.

It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

So ORDERED and SIGNED this 19th day of November, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE